UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22 CV 117 CDP |
| | ) | |
| RIVERSIDE PARTNERS, LLC, | ) | |
| d/b/a The Riverside Company, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Plaintiff having failed to timely comply with my Memorandum and Order

entered April 22, 2022 (ECF 30), and having been cautioned that failure to timely

comply would result in the dismissal of this action without prejudice,

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice.

**IT IS FURTHER ORDERED** that all pending motions are denied as moot.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of May, 2022.